People of the State of Illinois, Plaintiff-Appellee, v. Osborne Merriwether, Defendant-Appellant.

Gen. No. 49,943. 

First District, Second Division.

January 25, 1966.

Walter La Von Pride, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Albert J. Armonda, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.